

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-19-00047-CV |
| | § | |
| VERONICA CHAVEZ VARA, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Veronica Chavez Vara, has filed a mandamus petition against the Honorable Laura Strathmann, Judge of the 388th District Court of El Paso County, Texas. Relator requests that we order Respondent to set aside three orders as void and to order Respondent to enter a default judgment on a second amended petition for enforcement of the property division in the original decree of divorce. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)(orig. proceeding). After reviewing the mandamus petition and record, we conclude that

Relator has failed to show that she is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. All pending motions are denied as moot.

GINA M. PALAFOX, Justice

February 6, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.